---

THE LESSEES OF THE GEORGIA RAILROAD *vs.* SIGMAN.

Where suit was brought against a railroad company for negligently
   killing the cow of the plaintiff, and the evidence was conflicting as
   to the distance at which the cow could have been seen by the
   agents of the defendant, and the court below refused to disturb the
   verdict of the jury in favor of the plaintiff, this court will not con-
   trol his discretion thus legally exercised.

   April 27, 1886.

Railroads.   Damages.   Negligence.   New Trial.   Be-
fore Judge STEWART.   Newton Superior Court.   Septem-
ber Term, 1885.

Reported in the decision.

J. M. PACE, for plaintiffs in error.

MIDDLEBROOKS & EDWARDS, by brief, for defendant.

BLANDFORD, Justice.

Sigman sued the Georgia Railroad Company for negli-
gently killing his cow.   The evidence submitted by the
plaintiff to the jury as to the distance at which the cow
could have been seen and the evidence of the railroad
company were conflicting.   The court below refused to
disturb the verdict of the jury, and we cannot say the
court erred in so deciding.   This was a matter in the dis-
cretion of the court, and when he has exercised that dis-
cretion according to law, his judgment will not be inter-
fered with.
   Judgment affirmed.